# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HUMBERTO GUTIERREZ and**
**GLORIA E. DIAZ,**

        **Plaintiffs,**

v.                                                        **Case No: 6:22-cv-816-PGB-LHP**

**GEMILANG SOLUTIONS, LLC,**
**HAYDE RODRIGUEZ and JUAN**
**RODRIGUEZ,**

        **Defendants.**

_____

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 2nd day of May 2022.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record