# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:22-CV-816-PGB-LHP

Plaintiffs:
HUMBERTO GUTIERREZ, GLORIA E. DIAZ and other similarly situated individuals

vs.

Defendants:
GEMILANG SOLUTIONS LLC, HAYDE RODRIGUEZ and JUAN RODRIGUEZ

For:
Aron Smukler
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue
Ste. 800
Aventura, FL

MIE2022002110

Received by Lindsey Legal Services, Inc. on the 2nd day of May, 2022 at 7:35 pm to be served on **JUAN RODRIGUEZ, 1314 SMITH STREET, KISSIMMEE, FL 34744**.

I, Sandra Lowe, do hereby affirm that on the **4th day of May, 2022 at 12:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **HAYDE RODRIGUEZ** as **SPOUSE** at the alternate address of: **1314 SMITH STREET, KISSIMMEE, FL 34744**, the within named person's usual place of **Work**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: HISPANIC, Height: 5'6", Weight: 160, Hair: BLACK, Glasses: N

## RETURN OF SERVICE For 6:22-CV-816-PGB-LHP

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Sandra Lowe
#480

Lindsey Legal Services, Inc.
7105 SW 8th St.
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: MIE-2022002110
Ref: 20220000987

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1z