UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HUMBERTO GUTIERREZ, GLORIA E. DIAZ,**
and other similarly situated individuals,

                                            **Case No.:** 6:22-cv-00816-PGB-LHP

      Plaintiffs,

v.

**GEMILANG SOLUTIONS LLC, HAYDE
RODRIGUEZ,** and **JUAN RODRIGUEZ,**

      Defendants.
_____/

**UNOPPOSED MOTION TO MODIFY FLSA SCHEDULING ORDER**

Defendants, Gemilang Solutions LLC, Hayde Rodriguez, and Juan Rodriguez ("Defendants"), respectfully move, unopposed, to modify the June 6, 2022 FLSA Scheduling Order (Doc. 13) (the "Scheduling Order") to extend the deadline for Defendants to serve records on Plaintiffs as ordered therein. In support of this motion, the parties state as follows:

1. On June 6, 2022, the Court entered the Scheduling Order.

2. The Scheduling Order requires Defendants to serve Plaintiffs with "[a]ll time sheets and payroll records in Defendant's possession, custody or control that pertain to work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages" (the "Records"). (Doc. 13, ¶ 1)

3. The deadline for Defendants to serve the Records on Plaintiffs pursuant to the Scheduling Order is today, June 27, 2022. [Doc. 13, ¶ 1].

3

4. Defendants have been working diligently to gather these Records, but, due to staffing changes, currently remain in the process of locating and compiling all responsive time and pay records for service on Plaintiffs.

5. As such, Defendants and their counsel respectfully request an extension of time for Defendants to complete this process to July 1, 2022.

6. Defendants have conferred with Plaintiffs' counsel regarding the extension of time to serve the Records requested herein and Plaintiffs have no objection.

## MEMORANDUM OF LAW

Modification of a scheduling order is permitted pursuant to Federal Rule of Civil Procedure 16(b)(4) "for good cause and with the judge's consent." The Eleventh Circuit Court of Appeals has upheld the "authority of the district court to control the pace of litigation before it," and "the broad discretion [that] district courts have in managing their cases." *Chrysler Inter. Corp. v. Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002), citing *Johnson v. Bd. Of Regents of University of Georgia,* 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling"). Granting this motion for the requested extension will enable Defendants to continue gathering and compiling the responsive Records for service on Plaintiffs. For these reasons, Defendants requests that the Court modify the Scheduling Order to extend the deadline for Defendants to serve the Records as set forth therein up to and including July 1, 2022.

**WHEREFORE**, Defendants respectfully requests that this Court grant this motion.

## LOCAL RULE 3.01(G)CERTIFICATION

Counsel for Defendant has conferred with counsel for Plaintiff regarding the subject matter of this motion, and Plaintiff does not oppose the relief requested.

>Respectfully submitted,
>SPIRE LAW, LLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By: */s/ Jesse I. Unruh*
>Jesse I. Unruh, Esq.
>Florida Bar No. 93121
>jesse@spirelawfirm.com
>sarah@spirelawfirm.com
>filings@spirelawfirm.com
>Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Aron Smukler, Esquire asmukler@saenzanderson.com SAENZ & ANDERSON, PLLC 20900 NE 30th Ave Ste 800 Aventura, FL 33180.

>*/s/ Jesse I. Unruh*
>Attorney