**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HUMBERTO GUTIERREZ and
GLORIA E. DIAZ,

        Plaintiffs,

v.                                    Case No:   6:22-cv-816-PGB-LHP

GEMILANG SOLUTIONS, LLC,
HAYDE RODRIGUEZ and JUAN
RODRIGUEZ,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following

motion filed herein:

> **MOTION:**   **UNOPPOSED REQUEST FOR CLARIFICATION OR CORRECTION OF CERTAIN DEADLINES CONTAINED IN THE COURT'S JUNE 6, 2022 FLSA SCHEDULING ORDER (Doc. No. 20)**
>
> **FILED:**     **June 29, 2022**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline in paragraph 5 of the Scheduling Order (Doc. No. 13) to file a

Case Management Report signed by counsel for all parties is **September 13, 2022**.

Other than this deadline, the Scheduling Order (Doc. No. 13), and the requirements

contained there, remain in full force and effect.

   **DONE** and **ORDERED** in Orlando, Florida on July 1, 2022.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties