# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HUMBERTO GUTIERREZ, GLORIA E. DIAZ,**
and other similarly situated individuals,

        **Case No.:** 6:22-cv-00816-PGB-LHP

   Plaintiffs,

v.

**GEMILANG SOLUTIONS LLC, HAYDE RODRIGUEZ,** and **JUAN RODRIGUEZ,**

   Defendants.

_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undesigned counsel and pursuant to this Court's Scheduling Order (Doc. 13), as clarified by Order (Doc. 21) and subsequently extended by Order (Doc. 34), hereby file this Joint Report, advising the Court that the parties have settled the case.

Respectfully submitted this 14th day of September, 2022.

| | |
|---|---|
| */s/ Jamie L. White* | */s/ Julisse Jimenez* |
| Jamie L. White, Esq. | Julisse Jimenez, Esq. |
| Florida Bar No. 100018 | Florida Bar No. 65387 |
| SPIRE LAW, LLC | 20900 N.E. 30th Avenue, Suite 800 |
| 2752 W. State Road 426, Suite 2088 | Aventura, Florida 33180 |
| Oviedo, Florida 32765 | Saenz & Anderson, PLLC |
| Telephone: (407) 494-0135 | Telephone: (305) 503.5131 |
| Email: jamie@spirelawfirm.com | Email: julisse@saenzanderson.com |
| marcela@spirelawfirm.com | *Attorneys for Plaintiff* |
| filings@spirelawfirm.com | |
| *Attorneys for Defendant* | |