UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:22-cv-00816-PGB-LHP

HUMBERTO GUTIERREZ, GLORIA E.　)
DIAZ, and other similarly situated　)
individuals,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiffs,　　　　　)
　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
GEMILANG SOLUTIONS LLC,　　　　 )
HAYDE RODRIGUEZ, and JUAN　　　 )
RODRIGUEZ,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants.　　　　　)

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff, HUMBERTO GUTIERREZ and GLORIA DIAZ ("Plaintiffs"), and

Defendants, GEMILANG SOLUTIONS LLC, HAYDE RODRIGUEZ and JUAN

RODRIGUEZ ("Defendants") (collectively "the Parties"), pursuant to *Lynn's Food*

*Store, Inc. v. United States,* 679 F.2d 1350, 1353, (11th Cir. 1982), jointly request

that this Court make a fairness finding approving the terms of the Parties' settlement

of the above-captioned matter and dismissing this case with prejudice.  The Parties'

Settlement Agreement is attached as **Exhibit "A"** (the "Agreement")**.**

1

## I.      Legal Principles

Pursuant to the case law regarding settlement of FLSA claims, there are two ways in which claims under FLSA can be settled and released by employees. First, 29 USC 216(c) of the FLSA allows employees to settle and waive their claims under the FLSA if the payment of unpaid wages by the employer to the employee is supervised by the Secretary of Labor. *See* 29 U.S.C. 216(c); *Lynn's Food Store, Inc. v. United States,* 679 F.2d 1350, 1353, (11th Cir. 1982). Second, in the context of a private lawsuit brought by an employee against an employer under section 216(b) of the FLSA, an employee may settle and release FLSA claims against an employer if the parties present the district court with a proposed settlement and the district court enters an Order approving the settlement. *Id.*; *see also Sculte, Inc. v. Gandi,* 328 U.S. 108, 66 S.Ct. 925, 928 n. 8, 90 L.Ed. 1114 (1946); *Jarrad v. Southeastern Shipbuilding Corp.,* 163 F.2d 960, 961 (5th Cir. 1947). In detailing the circumstances justifying court approval of a FLSA settlement in a litigation context, the Eleventh Circuit stated as follows:

> Settlements may be permissible in the context of a suit brought by employees under the FLSA for back wages because initiation of the action by the employees provides some assurance of an adversarial context. The employees are likely to be represented by an attorney who can protect their rights under the statute. Thus, when the parties submit a settlement to the court for approval, the settlement is more likely to reflect a reasonable compromise of disputed issues than a mere waiver of statutory rights brought by an employer's overreaching. If a settlement in an employee FLSA suit does reflect a reasonable compromise over issues, such as FLSA coverage or computation of

2

back wages that are actually in dispute, we allow the district court to approve the settlement in order to promote the policy of encouraging settlement of litigation.

*Lynn's Food Stores,* 679 F.2d at 1354.

The settlement of the instant action involves a situation in which the Court may approve the Parties' settlement to resolve and release Plaintiffs' FLSA claims against Defendants.  The proposed settlement arises out of an action brought by Plaintiffs against their former employers.

The Agreement attached to this Motion (**Exhibit "A"**), includes every term and condition of the Parties' settlement.

The Parties agree that the instant action involves disputed issues regarding the Plaintiffs' claimed unpaid wages and termination and damages potentially available to Plaintiffs.  The Parties further agree that settlement negotiated and reached by the Parties reflects a reasonable compromise of the disputed issues.   Plaintiffs and Defendants discussed (extensively) the Plaintiffs' alleged status as an employee, they discussed subject matter jurisdiction, the Plaintiffs' alleged unpaid wages, their pay rate, the applicability of defenses, calculation of damages, and the applicable statute of limitations.  Based on these discussions, the Parties formulated their own proposed discovery and trial strategy, and settlement figures.

The Parties then engaged in detailed and extensive settlement discussions, based upon their independent calculations and what they thought were their respective estimations should the case go to trial.

Later, the Parties voluntarily agreed to the terms of their settlement at the conclusion of their negotiations and jointly prepared the Agreement.

## II.   Terms of Settlement

This case involved, a claim for unpaid wages.  The Plaintiffs claimed that they worked for Defendants as employees of Defendants and that during the time they were employed they were not properly paid for all hours worked.  The Defendants denied Plaintiffs' claims.

The Parties had several in depth discussions on damages and exchanged detailed information concerning the Plaintiffs' status, as well as the Plaintiffs' pay, hours worked, and time records.  Given the Parties' respective positions on the issues raised in the operative complaint, the Parties agree that they would incur great expense litigating these issues through trial.  Given the amount claimed, and the possibility of the Plaintiffs' recovering nothing additional to what was previously offered by the Defendants, the Parties agree that a global lump sum payment of Eleven Thousand Five Hundred Dollars ($11,500.00) to Plaintiffs is a fair compromise.

As a result, the settlement agreed upon in this matter – total payment of Eleven Thousand Five Hundred Dollars ($11,500.00) as full and final settlement, inclusive of

attorneys' fees and costs, is fair and equitable under the teachings of *Lynn's Food Stores*.

The Parties have also agreed that the settlement payment will be apportioned as follows:

    a.  As to Gloria Diaz:
        a.  $442.31 representing unpaid overtime wages.
        b.  $442.31 with no deductions as liquidated damages.

    b.  As to Humberto Gutierrez:
        a.  $1,390.57 representing unpaid overtime wages.
        b.  $1,390.57 with no deductions as liquidated damages

    c.  $7,834.24 shall be paid to Plaintiffs' attorneys as reasonable attorney's fees ($7,107.24) and costs ($727.00)

The attorney's fees and costs concerning the above-styled action have been negotiated and will be paid *separately* from Plaintiffs' recovery. Counsel for Plaintiffs further stipulates that the amount recovered by Saenz & Anderson, PLLC in attorney's fees and costs is fair and reasonable, and that they accept this in full satisfaction of the attorney's fees and costs incurred on the Plaintiffs' behalf. A copy of Saenz & Anderson, PLLC's declaration and billing records in support of this Motion are attached as **Exhibit "B"**.

The Parties further state that there was no undue influence, overreaching, collusion or intimidation in reaching the settlement agreement.

The Parties, through their attorneys, voluntarily agreed to the terms of their settlement during negotiations.  All Parties were counseled and represented by their respective attorneys throughout the litigation and settlement process.

### III.   **Conclusion**

The Parties jointly and respectfully request that this Court approve the settlement between the Parties and dismiss the instant action with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Julisse Jimenez*<br>Julisse Jimenez (FBN: 65387)<br>E-mail: julisse@saenzanderson.com<br>R. Martin Saenz<br>E-mail: msaenz@saenzanderson.com<br>SAENZ & ANDERSON, PLLC<br>20900 NE 30th Avenue, Ste. 800<br>Aventura, Florida 33180<br>Telephone: (305) 503-5131<br>Facsimile: (888) 270-5549<br>*Counsel for Plaintiffs* | /s/ *Jamie L. White*<br>Jamie L. White (FBN: 100018)<br>E-mail: jamie@spirelawfirm.com<br>filings@spirelawfirm.com<br>marcela@spirelawfirm.com<br>2572 West State Rd 426, Suite 2088<br>Oviedo, Florida 32765<br>Telephone: (407)494.0135<br>*Counsel for Defendants* |

# Exhibit A

## SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release (the "Agreement") is entered into between the Plaintiffs, HUMBERTO GUTIERREZ and GLORIA DIAZ ("Plaintiffs") and the Defendants, Gemilang Solutions, LLC, and HAYDE RODRIGUEZ and JUAN RODRIGUEZ (the "Defendants").

### Section I – General Recitals & Representations

**1.1** Plaintiffs filed a lawsuit against the Defendants alleging claims for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et. seq*. ("FLSA"). *See* <u>HUMBERTO GUTIERREZ,GLORIA DIAZ, and other similarly situated individuals, v. Gemilang Solutions, LLC, *et al.*,</u> Case No. 6:22-cv-816-PGB-LHP (the "Lawsuit").

**1.2** Defendants deny any and all allegations of wrongdoing, liability or fault. To compromise, settle and resolve their differences without admitting the validity of or any liability for the claims asserted by Plaintiffs against Defendants, the parties have elected to voluntarily enter into this Agreement. Plaintiffs agree that neither this Agreement nor the furnishing of any consideration under this Agreement shall be construed or interpreted as an admission of any wrongdoing, unlawful conduct, fault or liability by Defendants.

**1.3** In consideration of these General Recitals & Representations (which are incorporated herein) and the terms, conditions, promises, covenants, releases and waivers contained in this Agreement, the parties, intending to be legally bound, agree as follows:

### Section II – Release & Payment

**2.1 Mutual Waiver of Claims.** Plaintiffs knowingly and voluntarily hereby fully and generally release and waive any and all claims and actions against Defendants, including but not limited to, claims arising out of Plaintiff's employment or relationship with Defendants related to, claims or lawsuits arising under the Fair Labor Standards Act ("FLSA"), as amended, and The Florida Minimum Wage Act (§448.110 and §24, Article X of the Florida Constitution). This Agreement bars any claim or demand for loss or damages of any kind, including costs, attorneys' fees or other expenses related to the action brought in their Complaint, or that could have been brought in their Complaint. The listing of claims above is intended to be illustrative rather than exhaustive. *Thus, this Agreement constitutes a full and final bar to any and all claims brought by Plaintiffs in this action or that could have been brought in this action for any and all claims for alleged unpaid wages and overtime asserted, or which could have been asserted in the Lawsuit.*

Notwithstanding anything written in this Agreement, the Parties acknowledge that Plaintiffs are not releasing: any pending claim for unemployment, their worker's compensation or any existing benefits derived from a worker's compensation claim with a date of accident 2/16/2022 case no. OJCC# 22-009310TWS, or to vested benefits under any Employee Retirement Plan sponsored by the Employer; any rights or claims that may arise after this Agreement is signed; and any rights or claims that by law cannot be released in this Agreement; or any rights or claims to enforce this Agreement.

Plaintiffs understand and acknowledge that there may be facts or information which Plaintiffs do not know or suspect to exist in Plaintiff's favor at the time Plaintiffs execute this Agreement, and Plaintiffs

ID TKxfsA1opbutS6Gsw8337FkZ   ID D9Mfnc7H2xQzrzESLyRgQrqG

Plaintiff          Plaintiff                                    Page 1 of 5                              Defendant(s)

agree that this Agreement is intended to and does extinguish any and all claims Plaintiffs may have based on such facts or information related to the facts alleged in the Complaint.

This Agreement may be pled as a fully and complete defense to any action, claim, suit, or any other proceeding which may be hereafter instituted, prosecuted, or attempted which is covered by any of the releases in this Agreement.

Similarly, Defendants knowingly and voluntarily release and waive any and all claims and actions against Plaintiffs arising out of Plaintiffs' employment relationship with Defendants, that Defendants may now have against Plaintiffs regardless of whether the claims are known or unknown, accrued or unaccrued, or discovered or not yet discovered related to the facts alleged in the Complaint. This release and waiver includes, but is not limited to, all events, actions, and inactions of Plaintiffs' or any of Plaintiffs' agents or representatives. This Agreement bars any claim or demand for loss or damages of any kind, including costs, attorneys' fees or other expenses related to the facts brought in Plaintiffs' Complaint. However, this Agreement does not waive rights or claims that may arise after the date this Agreement is executed. *Thus, this Agreement constitutes a full and final bar to any and all claims of any type that Defendants may have against Plaintiff, as specified in this paragraph.*

**2.2     Dismissal of Claims / Court Approval.**     This Agreement shall be submitted to the Court for approval and/or a fairness hearing in order to have the case dismissed with prejudice.

**2.3     Payment of Consideration by Defendants.**     In exchange for: (1) Plaintiffs' release and waiver of any and all claims (including those for attorneys' fees and costs) against Defendants; and (2) all other promises Plaintiffs have made herein, Defendants agree to pay the collective total gross settlement value of Eleven Thousand Five Hundred Dollars ($11,500.00), inclusive of attorneys' fees and costs, which is to be broken down as follows: (a) Plaintiff, Humberto Gutierrez shall receive Two Thousand Seven Hundred and Eighty One Dollars and Fourteen Cents ($2,781.14); and (b) Plaintiff, Gloria Diaz shall receive Eight Hundred and Eighty Four Dollars and Sixty-Two Cents ($884.62); and (c) Plaintiff's counsel shall receive Seven Thousand One Hundred and Seven Dollars and Twenty Four Cents ($7,107.24) for attorneys' fees and Seven Hundred and Twenty Seven Dollars and Zero Cents $727.00 for costs. Defendants make no representation as to the taxability of the amounts paid to Plaintiffs. Plaintiffs agree to pay federal or state taxes, if any, which are required by law to be paid by Plaintiffs with respect to this settlement. The settlement value, which resolves all of Plaintiffs' claims, including for attorneys' fees and costs, shall be paid as follows:

a.   As to Gloria Diaz:
    a.   $442.31 representing unpaid overtime wages with the appropriate withholding/deductions for which a W2 shall be issued. Plaintiff Diaz must provide a fully completed and executed IRS Form W-4 to Defendants' counsel along with the executed Agreement.
    b.   $442.31 with no deductions as liquidated damages for which a 1099 shall be issued. Plaintiff Diaz must provide a fully completed and executed IRS Form W-9 to Defendants' counsel along with the executed Agreement.

b.   As to Humberto Gutierrez:

ID TKxfsA1opbutS6Gsw8337FkZ     ID D9Mtnc7H2xQzrzESLyRgQrqG
Plaintiff                Plaintiff

_____
Defendant(s)

Doc ID: 789b902f799b83465705ae8fd02842267a75f86475

a. $1,390.57 representing unpaid overtime wages with the appropriate withholding/deductions for which a W2 shall be issued.  Plaintiff Gutierrez must provide a fully completed and executed IRS Form W-4 to Defendants' counsel along with the executed Agreement.

b. $1,390.57 with no deductions as liquidated damages for which a 1099 shall be issued.  Plaintiff Gutierrez must provide a fully completed and executed IRS Form W-9 to Defendants' counsel along with the executed Agreement.

c. $7,834.24 shall be paid to Plaintiffs' attorneys as reasonable attorney's fees and costs for which separate IRS Forms 1099 shall issue to Saenz & Anderson, PLLC, c/o R. Martin Saenz, Esq.  Plaintiffs' counsel must provide a fully completed and executed IRS Form W-9 to Defendants' counsel along with the executed Agreement.

All payments shall be sent **via wire transfer or cashier's check** to Saenz & Anderson, PLLC, c/o R. Martin Saenz, Esq., 20900 NE 30th Avenue, Ste. 800, Aventura, Florida 33180 within ten (10) calendar days after the Court has dismissed the Lawsuit with prejudice.

**2.4    Consideration is Adequate, Ample and All Inclusive:**  Plaintiffs specifically agree that the sums paid to them under this Agreement constitute adequate and ample consideration for the rights and claims that they are releasing and waiving under this Agreement, and for the other obligations imposed upon them by this Agreement.  Plaintiffs agree that they are signing this Agreement, including the release and waiver, in exchange for good and valuable consideration in addition to anything of value to which Plaintiffs are otherwise entitled.

**Section III – General Provisions**

**3.1    Encouragement to Consult Attorney and Time to Consider Agreement**.  Plaintiffs acknowledge that they have consulted an attorney before signing this Agreement.  Plaintiffs also acknowledge that they were given a reasonable period of time within which to review and consider this Agreement before signing it, and that they understand each term of the Agreement and their obligations hereunder.

**3.2    Neutral Employment References.**  Defendants, upon request of a potential employer, will simply confirm dates of employment, salary, and position(s) for Plaintiffs.

**3.3    Effective Date.**  This Agreement becomes effective and enforceable against the parties upon their execution of the Agreement.

**3.4    Amendment.**  This Agreement may not be amended except by written agreement signed by Defendants and Plaintiffs.

**3.5    Headings.**  The headings and other captions in this Agreement are for convenience and reference only and shall not be used in interpreting, construing or enforcing any of the provisions of this Agreement or to define or limit the scope of any paragraph of this Agreement.

ID TKxfsA1opbutS6Gsw8337FkZ    ID D9Minc7H2xQzrzESLyRgQrqG

Plaintiff             Plaintiff                                    Defendant(s)

Doc ID: 7091202f799c8346b735ea84c2826236a79786475

**3.6     Governing Law, Severability, Interpretation and Construction**.  This Agreement shall be governed and construed in accordance with the laws of the State of Florida.  The paragraphs and provisions of this Agreement are severable; if any paragraph or provision is found to be unenforceable, the remaining paragraphs and provisions will remain in full effect.  If any provision of this Agreement is declared illegal or unenforceable by an arbitrator or court of competent jurisdiction, and if it cannot be modified to be enforceable, such provision shall immediately become null and void, leaving the remainder of this Agreement in full force and effect.  The parties hereto acknowledge that this Agreement is a collaborative effort by the attorneys for the parties and that, as such, no provision of this Agreement shall be more strictly construed against one party as the draftsperson thereof.

**3.7     Litigation of Disputes.**  In the event of a dispute as to the interpretation, enforcement, application or violation of this Agreement, it is understood and agreed that the instant Court shall retain jurisdiction to resolve such dispute.  In addition, the Parties specifically agree that the Court retain the right to award attorney's fees in this action and the enforcement of this Agreement.

**3.8     Waiver of Future Employment.** Plaintiffs shall not knowingly seek or accept future employment with Defendants or Defendants' parent, subsidiaries, and other corporate affiliates or with any successor or assign. Plaintiffs agree that if Defendants or Defendants' parents, subsidiaries, and other corporate affiliates or any successor or assign declines to employ Plaintiffs, they shall not be liable for any damages.

**3.9     <u>Counterparts</u>.** The Parties may execute this Agreement in counterparts, each of which shall be deemed an original, and all of which taken together shall constitute one and the same instrument. Delivery of an executed counterpart's signature page of this Agreement, by facsimile, electronic mail in portable document format (.pdf), or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, has the same effect as delivery of an executed original of this Agreement.

## Section IV – Representations & Warranties

**4.1     Capacity of the Parties.**  The Parties represent and warrant to each other that they have the full power, capacity, and authority to enter into this Agreement.  Plaintiffs also represent and warrant that no portion of any claim, right, demand, action, or cause of action that Plaintiffs have or might have had arising out of the acts, events, transactions, and occurrences referred to herein have been assigned, transferred, or conveyed to any person not a party to this Agreement, by way of subrogation, operation of law, or otherwise, and that no releases or settlement agreements are necessary or need to be obtained from any other person or entity to release and discharge completely any of Plaintiffs' claims released in this Agreement.

**4.2     Entire Agreement.**  This Agreement sets forth the entire agreement between Plaintiffs and Defendants and shall supersede any and all prior agreements, representations, or understandings, whether written or oral, between the parties, except as otherwise specified in this Agreement.

**4.3     Recitals Incorporated.**  All of the recitals and representations described above or referred to in this Agreement are herein incorporated by reference and specifically made a part of this Agreement, and the

ID TKxfsA1opbutS6Gsw8337FkZ     ID D9Mtnc7H2xQzrzESLyRgQrqG

Plaintiff          Plaintiff

_____
Defendant(s)

Doc ID: 591b202f799e89465735e86c023426236a79786475

same are acknowledged as having been relied upon by the parties.

**4.4  Attorney's Fees.**  In any litigation arising out of this Agreement, the prevailing party in such litigation shall be entitled to recover reasonable attorney's fees and costs at both the trial and appellate levels. Any rights of injunctive relief shall be in addition to and not in derogation or limitation of any other legal rights available to Plaintiffs.

**THE PARTIES EXPRESSLY REPRESENT AND WARRANT THAT THEY (a) HAVE CAREFULLY READ THIS AGREEMENT; (b) FULLY UNDERSTAND THE TERMS, CONDITIONS AND SIGNIFICANCE OF THIS AGREEMENT; (c) HAVE HAD AMPLE TIME TO CONSIDER AND NEGOTIATE THIS AGREEMENT; (d) HAVE HAD A FULL OPPORTUNITY TO REVIEW THIS AGREEMENT WITH THE THEIR RESPECTIVE ATTORNEY AND HAVE DONE SO; AND (e) HAVE EXECUTED THIS AGREEMENT VOLUNTARILY, KNOWINGLY AND WITH THE ADVICE OF THEIR ATTORNEY.**

**HUMBERTO GUTIERREZ**

By: _____
ID D9Mtnc7H2xQzrzESLyRgQrqG
Dated: 10/14/2022

**GLORIA DIAZ**

By: _____
ID TKxfsA1opbutS6Gsw8337FkZ
Dated: 10/14/2022

**Gemilang Solutions, LLC**

By: _____
Name: Gemilang Solutions, LLC
Position: _____
Dated: Owner

10 / 24 / 2022

By: _____
Dated: 10 / 24 / 2022

**HAYDE RODRIGUEZ**

By: _____
Dated: 10 / 24 / 2022

**JUAN RODRIGUEZ**

By: _____
Dated: 10 / 24 / 2022

_____  _____                                    _____
Plaintiff        Plaintiff                                                      Defendant(s)

Doc ID: 786914ddc7af09b1

## eSignature Details

**Signer ID:**      **D9Mtnc7H2xQzrzESLyRgQrqG**
Signed by:          Humberto Gutierrez
Sent to email:      superbetobross@gmail.com
IP Address:         97.103.233.57
Signed at:          Oct 14 2022, 4:13 pm EDT

**Signer ID:**      **TKxfsA1opbutS6Gsw8337FkZ**
Signed by:          Gloria Diaz
Sent to email:      gloriitadiaz37@gmail.com
IP Address:         97.103.233.57
Signed at:          Oct 14 2022, 5:06 pm EDT

 **HELLOSIGN**

# Audit Trail

| | |
|---|---|
| **TITLE** | 2022-10-14 SIGNED Stlmt K.pdf |
| **FILE NAME** | 2022-10-14%20SIGNED%20Stlmt%20K.pdf |
| **DOCUMENT ID** | 7651202f799e894b5735edf40b94d336a8586c75 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| **SENT** | **10 / 24 / 2022**<br>14:11:01 UTC | Sent for signature to Gemilang Solutions, LLC (gemilangsolutions@gmail.com) and Juan and Hayde Rodriguez (hayde@gemilang.us) from marcela@spirelawfirm.com<br>IP: 104.136.82.243 |
| **VIEWED** | **10 / 24 / 2022**<br>16:37:18 UTC | Viewed by Juan and Hayde Rodriguez (hayde@gemilang.us)<br>IP: 97.100.95.194 |
| **SIGNED** | **10 / 24 / 2022**<br>16:39:18 UTC | Signed by Juan and Hayde Rodriguez (hayde@gemilang.us)<br>IP: 97.100.95.194 |
| **VIEWED** | **10 / 24 / 2022**<br>17:50:34 UTC | Viewed by Gemilang Solutions, LLC (gemilangsolutions@gmail.com)<br>IP: 97.100.95.194 |

Doc ID: 599b694ff774cca86b30ad8dc28f2623fc79f4e4

                                                        Audit Trail

| | |
|---|---|
| **TITLE** | 2022-10-14 SIGNED Stlmt K.pdf |
| **FILE NAME** | 2022-10-14%20SIGNED%20Stlmt%20K.pdf |
| **DOCUMENT ID** | 7651202f799e894b5735edf40b94d336a8586c75 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SIGNED | **10 / 24 / 2022**<br>17:54:57 UTC | Signed by Gemilang Solutions, LLC<br>(gemilangsolutions@gmail.com)<br>IP: 97.100.95.194 |
| COMPLETED | **10 / 24 / 2022**<br>17:54:57 UTC | The document has been completed. |

Doc ID: 599b694ff774cca86b30ad8dc28f2623fc79f4e4

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | 2022-10-14_SIGNED_Stlmt_K.pdf.pdf |
| **FILE NAME** | 2022-10-14_SIGNED_Stlmt_K.pdf.pdf |
| **DOCUMENT ID** | 599b694ff774cca86b30ad8dc28f2623fc79f4e4 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**10 / 24 / 2022**
18:08:26 UTC
Sent for signature to Gemilang Solutions, LLC (gemilangsolutions@gmail.com) from marcela@spirelawfirm.com
IP: 104.136.82.243

**VIEWED**
**10 / 24 / 2022**
21:03:56 UTC
Viewed by Gemilang Solutions, LLC (gemilangsolutions@gmail.com)
IP: 97.100.95.194

**SIGNED**
**10 / 24 / 2022**
21:04:09 UTC
Signed by Gemilang Solutions, LLC (gemilangsolutions@gmail.com)
IP: 97.100.95.194

**COMPLETED**
**10 / 24 / 2022**
21:04:09 UTC
The document has been completed.

# Exhibit B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:22-cv-816-PGB-LHP

HUMBERTO     GUTIERREZ,     and     )
GLORIA DIAZ                          )
                                    )
            Plaintiff(s),           )
                                    )
v.                                  )
                                    )
Gemilang Solutions, LLC and ,       )
HAYDE RODRIGUEZ and JUAN            )
RODRIGUEZ                           )
            Defendants.             )
                                    )
                                    )
_____     )

**<u>DECLARATION OF JULISSE JIMENEZ AS TO ATTORNEY'S
FEES AND COSTS IN SUPPORT OF THE PARTIES' JOINT MOTION
FOR APPROVAL OF FLSA SETTLEMENT AND TO DISMISS CASE
WITH PREJUDICE</u>**

1.  My name is Julisse Jimenez. I am one of the attorneys of record for Plaintiffs

    HUMBERTO GUTIERREZ and GLORIA DIAZ.

2.  I am over the age of eighteen (18) years and fully competent to testify as to the

    matters set forth in this declaration.

3.  This declaration is based on my personal knowledge of the attorney's fees and

    costs to be charged and collected, and upon my review of the books and records

    of Saenz & Anderson, PLLC, made and kept in the ordinary course of business.

4. I am an attorney with Saenz & Anderson, PLLC and have been a licensed and practicing attorney since May 2009. I practice primarily in Southern and Middle District Courts of Florida in the area of business and employment law, including wage and hour law. Throughout the years, I have successfully litigated, numerous cases in the area of employment law.

5. I have been a member of the Florida Bar since May of 2009. I am also a member of the United States District Court for the Southern District of Florida, and the United States District Court for the Middle District of Florida.

6. I have prepared (or collaborated in the preparation) and fully reviewed the Parties Joint Motion for Approval of the Settlement  and I attest that the Motion is well-grounded in fact and law.

7. The attached billing and expense records specifically indicate the activity performed by myself, Ruben Martin Saenz, and the firm associate(s), our support team, in prosecuting the above-styled action.

8. Mr. Saenz and the firm's legal team are highly experienced in litigating employment matters.

9. I am of the opinion that the number of hours spent was reasonable and necessary in light of the nature of this litigation and all of the circumstances surrounding it.

10. The firm routinely bills all its employment cases for plaintiffs at the rate of $400.00 per hour for the professional services that are rendered. My hourly rate of $400.00 per hour reflects my skill and experience in litigating employment cases and is reasonable considering the relevant legal marketplace. The firm's attorneys, who helped litigate this case also bill at the rate of $400.00 per hour, the associate time was billed at $275.00 per hour.  Their relevant experience is highlighted in the firm's website (https://www.saenzanderson.com/attorneys/).

11. Based upon my experience, familiarity with rates charged by other lawyers, and fees awarded in similar litigation by federal district courts and state circuit courts in Florida, I believe that my rate (and that of those attorneys associated with the firm) of $400 per hour is reasonable. I also believe that my law clerk and paralegal's rate ($75 per hour) is also reasonable.

12. I am of the opinion that the work performed was done efficiently and effectively and that the time spent on that work was reasonable and not excessive.

13. Based on the time spent and the complexity of this action, our fees are $7,107.24.

14. The undersigned is seeking compensation for attorneys' fees incurred on behalf of Plaintiffs.  However, we specifically agree to reduce the firm's total billing invoice to the amount indicated in the settlement agreement and in the motion for approval of the FLSA settlement agreement ($7,107.24) because I believe

such reduction was necessary to help our client reach a favorable settlement in his case.

15. In addition, my law firm has spent $727.00 on behalf of the Plaintiffs.  The undersigned is seeking reimbursement in the amount of $727.00.


UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DECLARATION AND THAT THE FACTS STATED IN IT ARE TRUE.


JULISSE JIMENEZ, ESQ.

# Exhibit 1

**Saenz & Anderson, PLLC**
20900 NE 30th Avenue
Ste 800
Aventura, Florida 33180
United States
305-503-5131


SAENZ & ANDERSON
ATTORNEYS AT LAW

**Humberto Gutierrez**
3552 star key drive
Kissimmee, FL 34744

| | |
|---|---|
| **Balance** | $8,728.25 |
| **Invoice #** | 00537 |
| **Invoice Date** | October 26, 2022 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | October 26, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Gutierrez, Humberto v. Gemilang Solutions, LLC (JJA)

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 04/04/2022 | UL | Open File | | $75.00 | 0.50 | $37.50 |
| 04/07/2022 | UL | upload docs | Supporting client documents | $75.00 | 0.15 | $11.25 |
| 04/20/2022 | RS | Review | client's file and prepare draft complaint; conduct research on potential defendants. | $400.00 | 1.60 | $640.00 |
| 04/20/2022 | UL | Call with Client | called client to review complaint | $75.00 | 0.10 | $7.50 |
| 04/22/2022 | UL | Call with Client | called client to review complaint | $75.00 | 0.15 | $11.25 |
| 04/25/2022 | UL | complaint | follow up with client | $75.00 | 0.05 | $3.75 |
| 04/27/2022 | UL | Call with Client | called client for complaint | $75.00 | 0.15 | $11.25 |
| 04/28/2022 | AS | Revise and Confer | revise complaint and confer with Ursula Lanfranco. | $275.00 | 0.60 | $165.00 |
| 04/29/2022 | AS | Finalize and Confer | finalize complaint and confer with co-counsel and Ana Turcios. | $275.00 | 0.10 | $27.50 |
| 04/29/2022 | IDA | Review and Approve | complaint for filing | $400.00 | 0.40 | $160.00 |
| 04/29/2022 | AT | File complaint | | $75.00 | 0.80 | $60.00 |
| 04/29/2022 | AS | Review and Confer | review initial filing and confer with Ursula Lanfranco. | $275.00 | 0.10 | $27.50 |
| 04/29/2022 | AS | Receive and Review | notice of judge assignment | $275.00 | 0.05 | $13.75 |
| 04/29/2022 | AS | Receive, Review, and Confer | receive and review summons issued to the defendants and confer with Ana Turcios. | $275.00 | 0.10 | $27.50 |
| 04/29/2022 | UL | Review | uploads | $75.00 | 0.05 | $3.75 |
| 05/02/2022 | AS | Receive and Review | ORDER REFERRING CASE to Magistrate Judge for Report and Recommendations | $275.00 | 0.05 | $13.75 |
| 05/02/2022 | UL | Review | uploads add deadlines | $75.00 | 0.15 | $11.25 |
| 05/02/2022 | AS | Receive and Review | Initial Order on CMR and Deadlines | $275.00 | 0.10 | $27.50 |

| 05/09/2022 | UL | upload docs | Court documents received for attorney review and discussion | $75.00 | 0.10 | $7.50 |
|---|---|---|---|---|---|---|
| 05/09/2022 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 05/10/2022 | UL | File | | $75.00 | 0.20 | $15.00 |
| 05/10/2022 | AS | Receive and Review | returns of service on defendants | $275.00 | 0.10 | $27.50 |
| 05/10/2022 | AS | Strategize and Confer | with Ursula Lanfranco re status and service | $275.00 | 0.05 | $13.75 |
| 05/11/2022 | UL | upload docs | Filed in court for file and review | $75.00 | 0.15 | $11.25 |
| 05/13/2022 | UL | Draft | cert of int notice of pendency review deadlines | $75.00 | 0.35 | $26.25 |
| 05/13/2022 | AS | Review, Revise, and Confer | review court order, revise draft notice of pendency and certificate of interested parties, and confer with UL | $275.00 | 0.25 | $68.75 |
| 05/13/2022 | UL | File | file and upload | $75.00 | 0.15 | $11.25 |
| 05/17/2022 | AT | Service of Process on Defendant(s) | Request service of process. | $75.00 | 0.50 | $37.50 |
| 05/20/2022 | AS | Review and Confer | review correspondence from OC and deadlines and confer with OC re appearance and answer to complaint | $275.00 | 0.15 | $41.25 |
| 05/24/2022 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 05/24/2022 | UL | upload docs | Motion and schedule deadline to respond | $75.00 | 0.10 | $7.50 |
| 05/24/2022 | AS | Receive and Review | Unopposed MOTION for Extension of Time to File Response to Plaintiff's Complaint | $275.00 | 0.05 | $13.75 |
| 05/24/2022 | UL | Case Status Report | Discuss with attorney | $75.00 | 0.25 | $18.75 |
| 05/25/2022 | AS | Receive and Review | ORDER granting [11] Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint | $275.00 | 0.05 | $13.75 |
| 05/25/2022 | AS | Receive and Review | notice setting/reseting deadlines/hearings | $275.00 | 0.05 | $13.75 |
| 05/25/2022 | UL | upload docs | add deadline | $75.00 | 0.10 | $7.50 |
| 06/07/2022 | UL | Case Status Report | Discuss deadlines with attorney | $75.00 | 0.15 | $11.25 |
| 06/07/2022 | AT | Calendar deadlines | FLSA ORDER RULE 26 DISCLOSURES COORDINATE RULE 26 CONFERENCE | $75.00 | 0.90 | $67.50 |
| 06/07/2022 | UL | Calendar deadlines | From court | $75.00 | 0.15 | $11.25 |
| 06/07/2022 | AS | Receive and Review | FLSA SCHEDULING ORDER and correspondence with plaintiff | $275.00 | 0.25 | $68.75 |
| 06/09/2022 | AT | call and text | Try to reach the clients to request documents. Left a text. | $75.00 | 0.05 | $3.75 |
| 06/13/2022 | AT | Call with Client | Call for an update on their case. | $75.00 | 0.10 | $7.50 |
| 06/14/2022 | AS | Receive and Review | ORDER TO SHOW CAUSE as to Gemilang Solutions, LLC, Hayde Rodriguez, Juan Rodriguez | $275.00 | 0.05 | $13.75 |
| 06/14/2022 | AS | Review and Confer | review correspondence from OC and confer with OC & clerk re conference with OC | $275.00 | 0.10 | $27.50 |
| 06/15/2022 | AS | Review and Research | review Defendants' ANSWER and affirmative defenses and research applicability | $275.00 | 0.25 | $68.75 |
| 06/15/2022 | AS | Review, Strategize, and Confer | review case status, strategize re settlement & litigation, and confer with OC | $275.00 | 0.55 | $151.25 |

| 06/15/2022 | AS | Receive and Review | CERTIFICATE of interested persons and corporate disclosure statement | $275.00 | 0.05 | $13.75 |
|---|---|---|---|---|---|---|
| 06/16/2022 | UL | Review | uploads | $75.00 | 0.10 | $7.50 |
| 06/16/2022 | UL | Review | uploads | $75.00 | 0.10 | $7.50 |
| 06/17/2022 | AS | Confer and Strategize | confer with clerk and strategize re discovery | $275.00 | 0.10 | $27.50 |
| 06/21/2022 | AT | call and text | Try to reach the clients to request documents. Left a text. | $75.00 | 0.05 | $3.75 |
| 06/21/2022 | AS | Receive and Review | correspondence re conference with OC | $275.00 | 0.10 | $27.50 |
| 06/21/2022 | AT | call and text | Try to reach the clients to request documents. Left a text. | $75.00 | 0.05 | $3.75 |
| 06/21/2022 | UL | Rule 26 Conference | Discuss with attorney | $75.00 | 0.15 | $11.25 |
| 06/23/2022 | AT | call and text | Try to reach the clients to request documents. Left a text. | $75.00 | 0.15 | $11.25 |
| 06/23/2022 | AT | Call with Client | Call with the clients to request documents. | $75.00 | 0.05 | $3.75 |
| 06/24/2022 | AS | Receive and Review | Notice of Pendency of Other Actions | $275.00 | 0.05 | $13.75 |
| 06/24/2022 | AT | upload docs | Upload client's documents. | $75.00 | 0.05 | $3.75 |
| 06/24/2022 | AT | Call with Client | Try to reach the clients to request documents. Left a text. | $75.00 | 0.20 | $15.00 |
| 06/24/2022 | AT | Call with Client | requesting docs | $75.00 | 0.05 | $3.75 |
| 06/27/2022 | AT | call and text | Try to reach the clients to request documents. Left a text. | $75.00 | 0.10 | $7.50 |
| 06/27/2022 | AS | Review, Prepare, and Confer | review client's documents and FLSA Order, prepare documents for production, and confer with clerk and contact client | $275.00 | 0.35 | $96.25 |
| 06/27/2022 | AT | Email Client re: | Requesting documents Court's interrogatories Witnesses | $75.00 | 0.20 | $15.00 |
| 06/27/2022 | AT | Call | OC - Rule 26 Conference | $75.00 | 0.05 | $3.75 |
| 06/27/2022 | AS | Review and Confer | review order requiring CMR and confer with OC re discovery, CMR, motions, and deadlines | $275.00 | 0.35 | $96.25 |
| 06/27/2022 | AS | Receive and Review | UNOPPOSED MOTION TO MODIFY FLSA SCHEDULING ORDER | $275.00 | 0.05 | $13.75 |
| 06/27/2022 | AS | confer | regarding conference with client and court's interrogatories | $275.00 | 0.05 | $13.75 |
| 06/28/2022 | AT | call and text | call client to request documents, court's interrogatories and witnesses | $75.00 | 0.10 | $7.50 |
| 06/28/2022 | AT | upload docs | UNOPPOSED MOTION TO MODIFY FLSA SCHEDULING ORDER | $75.00 | 0.05 | $3.75 |
| 06/28/2022 | UL | Review | Review deadlines and make sure they are being worked on. | $75.00 | 0.10 | $7.50 |
| 06/28/2022 | AT | Email Client re: | contact us immediately | $75.00 | 0.05 | $3.75 |
| 06/28/2022 | UL | Review | Review case tasks and make sure follows up are being done. | $75.00 | 0.05 | $3.75 |
| 06/28/2022 | UL | upload docs | Upload bates stamped documents | $75.00 | 0.15 | $11.25 |
| 06/28/2022 | AS | Receive and Review | correspondence regarding initial disclosures | $275.00 | 0.05 | $13.75 |
| 06/28/2022 | AT | Call and Email | case status | $75.00 | 0.05 | $3.75 |

| 06/29/2022 | AS | Receive and Review | ORDER granting [18] Unopposed Motion to Modify FLSA Scheduling Order | $275.00 | 0.05 | $13.75 |
| 06/29/2022 | UL | Case Status Report | Review case. Review tasks and deadlines. Upload order granting motion to modify. Add deadlines. Update case status reports | $75.00 | 0.10 | $7.50 |
| 06/29/2022 | AS | Review and Confer | review motion for clarification and confer with OC regarding motion | $275.00 | 0.10 | $27.50 |
| 06/29/2022 | AS | Confer and Prepare | confer with clerk, client, and OC regarding supporting information and prepare additional document production | $275.00 | 0.35 | $96.25 |
| 06/29/2022 | AS | Review and Confer | review defendant's document production and confer with clerk | $275.00 | 0.25 | $68.75 |
| 06/29/2022 | AT | upload docs | 2022-06-29 Time and Pay Records (000001-000067) | $75.00 | 0.20 | $15.00 |
| 06/29/2022 | UL | Review | Review uploaded documents from D. | $75.00 | 0.10 | $7.50 |
| 06/29/2022 | AT | upload docs | UNOPPOSED REQUEST FOR CLARIFICATION OR CORRECTION OF CERTAIN DEADLINES CONTAINED IN THE COURT'S JUNE 6, 2022 FLSA SCHEDULING ORDER | $75.00 | 0.05 | $3.75 |
| 06/30/2022 | UL | upload docs | Upload MOTION for Clarification re [13] Case Management | $75.00 | 0.05 | $3.75 |
| 06/30/2022 | AT | call and text | f/u on requested documents | $75.00 | 0.15 | $11.25 |
| 06/30/2022 | AS | Review, Prepare, and Confer | review correspondence from client, prepare document production, and confer with clerk and OC | $275.00 | 0.25 | $68.75 |
| 06/30/2022 | AT | upload docs | client paystubs for attorney review | $75.00 | 0.20 | $15.00 |
| 06/30/2022 | UL | Review | Review client documents to be uploaded. | $75.00 | 0.10 | $7.50 |
| 06/30/2022 | UL | Calendar | Review if deadlines in the week have been satisfy. | $75.00 | 0.15 | $11.25 |
| 07/01/2022 | AT | Calendar | review deadline: Gutierrez/Deadline to file CMR is due July 5th. | $75.00 | 0.05 | $3.75 |
| 07/01/2022 | AT | upload docs | ORDER granting [20] Unopposed Request for Clarification or Correction of Certain Deadlines Contained in the Court's June 6, 2022 FLSA Scheduling Order | $75.00 | 0.15 | $11.25 |
| 07/01/2022 | UL | task | Review order uploaded and create task. | $75.00 | 0.15 | $11.25 |
| 07/05/2022 | AS | Receive and Review | order on request for clarification | $275.00 | 0.05 | $13.75 |
| 07/05/2022 | AS | confer | regarding Plaintiff's answers to Court's Interrogatories | $275.00 | 0.05 | $13.75 |
| 07/05/2022 | AT | call and text | to request responses to court's ROGS | $75.00 | 0.15 | $11.25 |
| 07/05/2022 | AT | Call with Client | Regarding interrogatories | $75.00 | 0.05 | $3.75 |
| 07/05/2022 | AS | Confer with Clerk | regarding conference with client | $275.00 | 0.05 | $13.75 |
| 07/06/2022 | AT | Case Review | Call client Schedule phone conf w/Aron Email client sending D's docs | $75.00 | 0.20 | $15.00 |
| 07/06/2022 | AS | Review and Confer | review correspondence regarding conference with client and confer with clerk | $275.00 | 0.10 | $27.50 |
| 07/06/2022 | AS | Review, Strategize, and Confer | review documents produced, strategize/analyze regarding damages, and confer with client Gutierrez and Diaz | $275.00 | 1.60 | $440.00 |
| 07/07/2022 | AT | Call with Client | to reschedule phone conf w/Aron | $75.00 | 0.15 | $11.25 |
| 07/07/2022 | UL | task | Review pending tasks. | $75.00 | 0.35 | $26.25 |

| 07/07/2022 | AS | Receive and Review | correspondence regarding conference with plaintiffs | $275.00 | 0.05 | $13.75 |
|---|---|---|---|---|---|---|
| 07/07/2022 | AS | confer | regarding discovery | $275.00 | 0.05 | $13.75 |
| 07/08/2022 | AS | Review and Confer | review status and confer with clerk | $275.00 | 0.05 | $13.75 |
| 07/08/2022 | AT | call and text | to f/u on court's rogs | $75.00 | 0.05 | $3.75 |
| 07/11/2022 | AT | Call with Client | Follow up on notarizing the verification page of court's interrogatories | $75.00 | 0.20 | $15.00 |
| 07/11/2022 | UL | Case Status Report | Review case. Review tasks. Update case status chart. | $75.00 | 0.10 | $7.50 |
| 07/11/2022 | AS | Review and Confer | review correspondence from Ps regarding court interrogatories and confer with clerk | $275.00 | 0.05 | $13.75 |
| 07/11/2022 | UL | task | Review and update. | $75.00 | 0.15 | $11.25 |
| 07/11/2022 | AS | Confer and Prepare | confer with clients and prepare answers | $275.00 | 1.50 | $412.50 |
| 07/11/2022 | AT | upload docs | 2022-07-11 Plaintiffs' Answers to Court's Interrogatories | $75.00 | 0.10 | $7.50 |
| 07/12/2022 | UL | task | Review pending tasks. | $75.00 | 0.10 | $7.50 |
| 07/12/2022 | AT | Call with Client | Follow up on witnesses info | $75.00 | 0.15 | $11.25 |
| 07/13/2022 | AT | Call with Client | Follow up to sign and notarize verification page, send f/u email requesting witnesses | $75.00 | 0.20 | $15.00 |
| 07/13/2022 | LM | Call | Receive call from client. Answer questions on status | $75.00 | 0.15 | $11.25 |
| 07/13/2022 | AT | call and text | returned client's call while I was at lunch | $75.00 | 0.10 | $7.50 |
| 07/14/2022 | AS | Review and Confer | review case status and confer with clerk | $275.00 | 0.10 | $27.50 |
| 07/14/2022 | AT | call and text | Follow up on signed and notarized verification page | $75.00 | 0.20 | $15.00 |
| 07/14/2022 | AS | Review and Confer | review correspondence and confer regarding Plaintiffs' documents | $275.00 | 0.10 | $27.50 |
| 07/14/2022 | AT | call and text | email clients to follow up re signed and notarized verification page | $75.00 | 0.15 | $11.25 |
| 07/15/2022 | AT | upload docs | SIGNED verification pages | $75.00 | 0.10 | $7.50 |
| 07/15/2022 | AT | Call with Client | Follow up on getting signed the interrogatories & answers | $75.00 | 0.10 | $7.50 |
| 07/15/2022 | AS | Review and Confer | review correspondence and documents regarding Plaintiffs' answers to court's interrogatories and confer regarding Plaintiffs' answers to court's interrogatories | $275.00 | 0.20 | $55.00 |
| 07/18/2022 | AS | Finalize, File, and Confer | finalize/file Plaintiffs' discovery responses and confer regarding discovery responses | $275.00 | 0.25 | $68.75 |
| 07/18/2022 | AT | Call with Client | Follow up on the signed and notarize verification page | $75.00 | 0.05 | $3.75 |
| 07/18/2022 | AT | upload docs | 2022-07-18 SIGNED Verification Pages (Gutierrez) | $75.00 | 0.05 | $3.75 |
| 07/18/2022 | AS | Review and Confer | review correspondence from OC, review correspondence to OC, and confer with OC regarding documents | $275.00 | 0.15 | $41.25 |
| 07/18/2022 | AS | Review and Confer | review order requiring settlement conference with OC and confer regarding settlement conference with OC | $275.00 | 0.10 | $27.50 |
| 07/18/2022 | AT | email | OC to coordinate a conference call to discuss settlement | $75.00 | 0.20 | $15.00 |
| 07/18/2022 | AT | upload docs | Ps ANSWERS TO THE COURT'S INTERROGATORIES | $75.00 | 0.10 | $7.50 |

| 07/19/2022 | UL | Discovery responses | Review documents and schedule taska | $75.00 | 0.15 | $11.25 |
|---|---|---|---|---|---|---|
| 07/21/2022 | AS | Review and Confer | review correspondence regarding settlement conference and confer with OC and clerk regarding settlement conference | $275.00 | 0.15 | $41.25 |
| 07/26/2022 | AS | Review and Confer | review correspondence from OC regarding settlement conference date, time, and parties and confer with OC | $275.00 | 0.20 | $55.00 |
| 07/26/2022 | AT | Follow up with opposing counsel | Conference re Settlement | $75.00 | 0.15 | $11.25 |
| 07/26/2022 | AT | Calendar | Conference w/OC | $75.00 | 0.10 | $7.50 |
| 07/27/2022 | UL | Settlement Conference | Review date for settlement conf | $75.00 | 0.10 | $7.50 |
| 07/27/2022 | AS | confer | regarding settlement conference | $275.00 | 0.10 | $27.50 |
| 07/27/2022 | AS | Receive and Review | NOTICE of Appearance by Jamie Lynn White on behalf of Gemilang Solutions, LLC, Hayde Rodriguez, Juan Rodriguez | $275.00 | 0.05 | $13.75 |
| 07/27/2022 | UL | upload docs | For attorney review | $75.00 | 0.05 | $3.75 |
| 07/27/2022 | AT | Call with Client | schedule a conf w/Aron<br>add new attorney to the case | $75.00 | 0.30 | $22.50 |
| 07/28/2022 | AT | upload docs | 2022-07-27 D's Draft Joint Motion to Conduct Settlement Conference Remotely | $75.00 | 0.10 | $7.50 |
| 07/28/2022 | AS | Review, Revise, Research, and Confer | review correspondence from OC regarding settlement conference, revise/research propose motion regarding settlement conference, and confer with OC regarding settlement conference | $275.00 | 0.35 | $96.25 |
| 08/01/2022 | AS | Receive and Review | order of recusal | $275.00 | 0.05 | $13.75 |
| 08/01/2022 | AT | upload docs | 2022-08-01 ORDER OF RECUSAL | $75.00 | 0.05 | $3.75 |
| 08/02/2022 | AS | Receive and Review | notice of Case Reassignment to Magistrate Judge Daniel C. Irick | $275.00 | 0.05 | $13.75 |
| 08/02/2022 | AT | upload docs | Case Reassigned to Magistrate Judge Daniel C. Irick. | $75.00 | 0.10 | $7.50 |
| 08/03/2022 | AS | Review and Confer | review defendant's proposed revisions to motion and confer with OC regarding conference | $275.00 | 0.20 | $55.00 |
| 08/03/2022 | AS | Review, Strategize, and Confer | review documents produced, strategize regarding resolution and settlement conference, and confer with clients | $275.00 | 1.10 | $302.50 |
| 08/05/2022 | AS | Review and Confer | review correspondence from OC regarding conference with OC and confer with OC regarding conference with OC | $275.00 | 0.10 | $27.50 |
| 08/08/2022 | AT | Call with Client | client called to confirm if he has an appt with Aron today<br>also f/u on some documents he needs to send to us | $75.00 | 0.15 | $11.25 |
| 08/08/2022 | AS | Review, Prepare, and Confer | review file and documents produced, prepare for conference regarding resolution, and confer with OC regarding resolution | $275.00 | 0.75 | $206.25 |
| 08/09/2022 | AS | Review and Confer | review correspondence from OC regarding conference with OC and confer with OC regarding conference with OC | $275.00 | 0.10 | $27.50 |
| 08/09/2022 | AS | Receive and Review | Defendants' Motion for Settlement Conference Remotely and Incorporated Memorandum of Law | $275.00 | 0.10 | $27.50 |
| 08/10/2022 | AT | upload docs | OPPOSED MOTION FOR LEAVE TO CONDUCT SETTLEMENT CONFERENCE REMOTELY | $75.00 | 0.10 | $7.50 |

| 08/10/2022 | UL | Review | Upload docs for file review by attorney | $75.00 | 0.05 | $3.75 |
|---|---|---|---|---|---|---|
| 08/10/2022 | UL | task | Review pending tasks | $75.00 | 0.05 | $3.75 |
| 08/10/2022 | AT | Call | w/ Jamie White, transferred to Aron | $75.00 | 0.15 | $11.25 |
| 08/10/2022 | AS | Review and Confer | review correspondence and confer with OC regarding case | $275.00 | 0.25 | $68.75 |
| 08/10/2022 | AS | Review and Strategize | order setting hearing | $275.00 | 0.10 | $27.50 |
| 08/10/2022 | AS | Draft and File | notice of non-opposition | $275.00 | 0.15 | $41.25 |
| 08/10/2022 | AS | Receive and Review | email from OC misstating conversation | $275.00 | 0.05 | $13.75 |
| 08/10/2022 | AT | upload docs | NOTICE OF HEARING P's NOTICE OF NON-OPPOSITION TO Ds' MOTION FOR LEAVE TO CONDUCT SETTLEMENT CONFERENCE REMOTELY CALENDAR HEARING | $75.00 | 0.15 | $11.25 |
| 08/11/2022 | UL | Hearing | Calendar hearing | $75.00 | 0.05 | $3.75 |
| 08/11/2022 | AS | Receive and Review | ENDORSED ORDER granting [27] Motion for Leave to Conduct Settlement Conference Remotely | $275.00 | 0.05 | $13.75 |
| 08/11/2022 | AT | upload docs | ENDORSED ORDER granting [27] Motion for Leave to Conduct Settlement Conference Remotely | $75.00 | 0.10 | $7.50 |
| 08/11/2022 | UL | Review | Uploaded docs for deadlines | $75.00 | 0.10 | $7.50 |
| 08/11/2022 | AS | Review and Confer | review correspondence from OC regarding conference and confer with OC regarding conference | $275.00 | 0.10 | $27.50 |
| 08/11/2022 | AT | Deadline | Follow up Gutierrez,Humberto/Deadline for settlement conference | $75.00 | 0.10 | $7.50 |
| 08/12/2022 | AT | Calendar | schedule conference w/OC re: settlement | $75.00 | 0.10 | $7.50 |
| 08/15/2022 | AT | Call | w/OC's assistant to confirm today's meeting and send out and calendar invitation | $75.00 | 0.20 | $15.00 |
| 08/15/2022 | LM | Meeting | case strategy with attorney and deadlines | $75.00 | 0.30 | $22.50 |
| 08/15/2022 | AT | Case Review | Review the case with Tanesha & Leslie before settlement conference Call OC to give her the call ID to join settlement conf | $75.00 | 0.40 | $30.00 |
| 08/15/2022 | JJ | communicate with opposing counsel re: | Demand for settlement and Rule 26 disclosures | $400.00 | 0.50 | $200.00 |
| 08/18/2022 | AT | Draft and Confer | Notice of Appearance | $75.00 | 0.20 | $15.00 |
| 08/19/2022 | AT | Case Review | send case update to everyone | $75.00 | 0.15 | $11.25 |
| 08/22/2022 | UL | Case Review | Review case Update chart | $75.00 | 0.20 | $15.00 |
| 08/23/2022 | AT | Draft & File | Notice of Appearance for Julisse Jimenez | $75.00 | 0.20 | $15.00 |
| 08/24/2022 | AT | Calendar | call with clients and JJ | $75.00 | 0.10 | $7.50 |
| 08/24/2022 | AT | Case Review | Review case with attorney for case strategy | $75.00 | 0.20 | $15.00 |
| 08/24/2022 | JJ | Case Status Report | strategize on cases | $400.00 | 0.20 | $80.00 |
| 08/24/2022 | JJ | Review and Analyze | Review case for allegations that calculations do not reflect clients being paid straight time. Review discovery responses | $400.00 | 1.00 | $400.00 |

| 08/25/2022 | JJ | communicate with opposing counsel re: | Draft email with response regarding straight time and overtime calculations and settlement demand | $400.00 | 0.50 | $200.00 |
|---|---|---|---|---|---|---|
| 08/25/2022 | AT | Draft and Confer | Call with the client to go over documents produced Amended response to court's interrogatories (attorneys fees and costs) | $75.00 | 0.80 | $60.00 |
| 08/26/2022 | AT | Call with Client | client will call us back to speak with JJ regarding settlement offer | $75.00 | 0.10 | $7.50 |
| 08/26/2022 | AT | Case Review | with attorney | $75.00 | 0.20 | $15.00 |
| 08/26/2022 | JJ | Case Status Report | strategize on case | $400.00 | 0.20 | $80.00 |
| 08/29/2022 | AT | Follow up | client's response to email from JJ | $75.00 | 0.10 | $7.50 |
| 08/30/2022 | AT | call and text | Contact attorney for review of pending taks | $75.00 | 0.10 | $7.50 |
| 08/31/2022 | AT | call and text | clients for case discussion with attorney | $75.00 | 0.10 | $7.50 |
| 08/31/2022 | AT | call and text | Clients for attorney to provide status of case | $75.00 | 0.10 | $7.50 |
| 08/31/2022 | JJ | Phone conference with client | Several phone calls with client | $400.00 | 1.00 | $400.00 |
| 09/01/2022 | AT | Call with Client | to confirm if they agree to the settlement negotiations | $75.00 | 0.15 | $11.25 |
| 09/01/2022 | JJ | Phone conference with client | To confirm the numbers of hours defendant said they worked | $400.00 | 0.25 | $100.00 |
| 09/01/2022 | JJ | Draft | Draft settlement email to opposing counsel | $400.00 | 0.25 | $100.00 |
| 09/02/2022 | UL | Review | Uploads | $75.00 | 0.10 | $7.50 |
| 09/06/2022 | AT | settlement | follow up | $75.00 | 0.15 | $11.25 |
| 09/06/2022 | JJ | communicate with opposing counsel re: | Settlement negotiations | $400.00 | 0.25 | $100.00 |
| 09/06/2022 | AT | Follow up | deadlines | $75.00 | 0.10 | $7.50 |
| 09/06/2022 | UL | upload docs | Joint MOTION for Miscellaneous Relief | $75.00 | 0.05 | $3.75 |
| 09/08/2022 | UL | upload docs | Upload order met to submit a settlement report | $75.00 | 0.10 | $7.50 |
| 09/08/2022 | UL | upload docs | Set/reset deadlines/hearings: Settlement Report | $75.00 | 0.05 | $3.75 |
| 09/08/2022 | AT | Follow up | Gutierrez/Deadline to file CMR & Gutierrez/Deadline to submit a settlement report | $75.00 | 0.15 | $11.25 |
| 09/14/2022 | AT | Draft and Confer | Settlement Report. | $75.00 | 0.55 | $41.25 |
| 09/14/2022 | AT | Call with Client | Call clients and WC attorney to approve the language to protect his case on the settlement agreement. Email Julisse with his response. | $75.00 | 0.40 | $30.00 |
| 09/14/2022 | UL | upload docs | JOINT REPORT REGARDING SETTLEMENT | $75.00 | 0.05 | $3.75 |
| 09/15/2022 | AT | call and text | Tried to reach the clients to schedule a call with attorney Julisse Jimenez | $75.00 | 0.10 | $7.50 |
| 09/15/2022 | AT | Follow up with opposing counsel | On the settlement agreement. | $75.00 | 0.10 | $7.50 |
| 09/19/2022 | AT | call and text | Tried to reach the clients regarding the settlement agreement. | $75.00 | 0.10 | $7.50 |
| 09/19/2022 | AT | call and text | Contact clients on settlement to discuss with attorney | $75.00 | 0.10 | $7.50 |
| 09/20/2022 | UL | Case Status Report | Prepare report on status of case | $75.00 | 0.05 | $3.75 |
| 09/20/2022 | AT | Call with Client | Schedule a phone conference at 4pm with attorney to review case status | $75.00 | 0.10 | $7.50 |
| 09/20/2022 | UL | Case Status Report | Review case at meeting with attorney | $75.00 | 0.15 | $11.25 |

| 09/20/2022 | AT | Call with Client | To inform them about their settlement agreement. | $75.00 | 0.10 | $7.50 |
| 09/27/2022 | AT | Follow up with opposing counsel | Follow up on settlement negotiations. | $75.00 | 0.15 | $11.25 |
| 10/04/2022 | UL | Case Review | Review case<br>Update chart<br>Follow up on settlement | $75.00 | 0.15 | $11.25 |
| 10/10/2022 | AT | Draft and Confer | Draft Joint Motion of Approval of Settlement Agreement and Proposed Order. | $75.00 | 0.40 | $30.00 |
| 10/11/2022 | UL | Case Review | Review case<br>Update tasks | $75.00 | 0.10 | $7.50 |
| 10/12/2022 | AT | Email Client re: | Send the Settlement Agreement, w4, and w9 forms for their signature. | $75.00 | 0.35 | $26.25 |
| 10/13/2022 | TAG | Prepare | Prepare closing statements for clients. | $75.00 | 0.35 | $26.25 |
| 10/13/2022 | AT | call and text | Call the clients to let them know I sent the settlement agreement for their electronic signature. | $75.00 | 0.20 | $15.00 |
| 10/17/2022 | TAG | Prepare | Update closing statements drafted and send to attorney for approval. | $75.00 | 0.30 | $22.50 |
| 10/17/2022 | AT | email | Send the executed Settlement agreement, w4, and w9 to opposing counsel. | $75.00 | 0.15 | $11.25 |
| 10/20/2022 | JJ | Case Status Report | Strategize on case. | $400.00 | 0.20 | $80.00 |
| 10/20/2022 | AT | Case Review | Meeting with attorney to follow up on settlement | $75.00 | 0.20 | $15.00 |
| 10/24/2022 | UL | Case Review | Review case. Meeting with attorney on case status | $75.00 | 0.10 | $7.50 |
| 10/25/2022 | AT | Email OC | Send the Motion for Approval of the Settlement Agreement to opposing counsel. | $75.00 | 0.20 | $15.00 |

|  |  |  |  | Totals: | **42.90** | **$8,001.25** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| 04/29/2022 | AT | File complaint | | $402.00 | 1.0 | $402.00 |
| 04/29/2022 | AT | Flat fee for copying and postage per retainer agreement | | $100.00 | 1.0 | $100.00 |
| 05/06/2022 | TAG | Service of Process on Defendant(s) | To be served on: JUAN RODRIGUEZ | $75.00 | 1.0 | $75.00 |
| 05/06/2022 | TAG | Service of Process on Defendant(s) | To be served on: GEMILANG SOLUTIONS LLC C/O HAYDE RODRIGUEZ | $75.00 | 1.0 | $75.00 |
| 05/06/2022 | TAG | Service of Process on Defendant(s) | To be served on: HAYDE RODRIGUEZ | $75.00 | 1.0 | $75.00 |

|  |  |  |  |  | Expense Total: | **$727.00** |

| | |
| --- | --- |
| Time Entry Sub-Total: | $8,001.25 |
| Expense Sub-Total: | $727.00 |
| **Sub-Total:** | **$8,728.25** |
| | |
| **Total:** | $8,728.25 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$8,728.25** |

**Legend**

| Initials | Name | Title | Hourly Rate |
|---|---|---|---|
| RS | R. Martin Saenz | Attorney | $400.00 |
| IDA | Ilona Demenina Anderson | Attorney | $400.00 |
| JJ | Julisse Jimenez | Attorney | $400.00 |
| AA | Aron Smukler | Associate Attorney | $275.00 |
| UL | Ursula Lafranco | Legal Assistant | $75.00 |
| AT | Ana Turcios | Legal Assistant | $75.00 |
| TAG | Thor A. Garcia | Legal Assistant | $75.00 |
| LM | Leslie Martinez | Legal Assistant | $75.00 |

Billing Legend

| Name | Title | Hourly Rate | TOTAL |
|---|---|---|---|
| R. Martin Saenz | Attorney | $400.00 | $   640.00 |
| Ilona Demenina Anderson | Attorney | $400.00 | $   160.00 |
| Julisse Jimenez | Attorney | $400.00 | $1,740.00 |
| Aron Smukler | Associate Attorney | $275.00 | $3,740.00 |
| Ursula Lafranco | Legal Assistant | $75.00 | $   513.75 |
| Ana Turcios | Legal Assistant | $75.00 | $1,125.00 |
| Thor A. Garcia | Legal Assistant | $75.00 | $     48.75 |
| Leslie Martinez | Legal Assistant | $75.00 | $     33.75 |