# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HUMBERTO GUTIERREZ and**
**GLORIA E. DIAZ,**

      **Plaintiffs,**

v.                                                     Case No: 6:22-cv-816-PGB-DCI

**GEMILANG SOLUTIONS, LLC,**
**HAYDE RODRIGUEZ and JUAN**
**RODRIGUEZ,**

      **Defendants.**

_____

## ORDER

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. On October 27, 2022, the parties filed a "Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice" (Doc. 37, the Motion). On March 8, 2023, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge for purposes of considering the Motion and, thus, granting the relief requested therein. Doc. 42. The presiding District Judge approved that consent. Doc. 43.

Since the proposed settlement involves a compromise of Plaintiffs' claims, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id*. The Court further finds that the agreed-upon fee and costs to be paid to Plaintiffs' counsel was determined independently, did not affect the payment

to Plaintiffs, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the Motion (Doc. 37) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED with prejudice**. The Clerk is directed to close the case.

**ORDERED** in Orlando, Florida on March 13, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE